UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff

vs.

Ever Martinez-Zaragoza

Defendant(s)

CRIMINAL NO. 08MJ2463

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Eduardo Molinero-Pomatz

DATED: 8/21/08

ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by Y. Madueño (Y. Madueño)
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95