408

AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

EVER MARTINEZ-ZARAGOZA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR2814-L

I, EVER MARTINEZ-ZARAGOZA, the above-named defendant, who is accused of committing the following offenses:

Bringing in Illegal Aliens and Aiding and Abetting, in violation of Title 8, U.S.C., Secs. 1324(a)(1)(A)(i) and (v)(II),

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 8/21/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Ever
Defendant

Defense Counsel

Before
Judicial Officer

FILED

AUG 21 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY